No. 801. McKITTRICK OIL COMPANY *v.* SOUTHERN PACIFIC RAILROAD COMPANY. Error to the District Court of Appeal, Second Appellate District, Division No. 1, of the State of California. Motion to dismiss or affirm submitted June 1, 1921. Decided June 6, 1921. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by

the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726.
*Mr. George E. Whitaker* and *Mr. Fred Dennett* for plaintiff in error. *Mr. Frank Thunen* for defendant in error.
[See *post*, 695.]

---

## PETITIONS FOR WRITS OF CERTIORARI GRANTED, FROM MARCH 29, 1921, TO AND INCLUDING JUNE 6, 1921.